IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONALD MASCIO,**

    **Plaintiff,**

v.

**DONALD COLLINS, et al.,**

    **Defendants.**      **Case No. 08-cv-294-DRH**

### ORDER

**HERNDON, Chief Judge:**

On February 25, 2010, Magistrate Judge Wilkerson issued an order (Doc. 22), which granted defendants Viergge and Hubbard's Motion to Compel Discovery (Doc. 21). In the order, Plaintiff was ordered to serve his answers to Defendants' discovery requests by March 11, 2010 and thereafter, file a Notice with the Court by March 15, 2010, stating that he had complied with the order. The order further cautioned that if Plaintiff failed to comply in any way, he would face dismissal for failure to prosecute, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(b)**.

Now, over a month later, there is no such filing from Plaintiff. Thus, the

Court hereby **DISMISSES** Plaintiff's Complaint against all remaining Defendants in this case, the file to be closed.

    **IT IS SO ORDERED**.

Signed this 22nd day of April, 2010.

        /s/   *David R Herndon*
        **Chief Judge**
        **United States District Court**