IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD MASCIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-cv-294-DRH |
| | ) | |
| DONALD COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**HERNDON, Chief Judge:**

Now before this Court is plaintiff Donald Mascio's Request for Status (Doc. 25). Plaintiff requests the status of his case. This case was dismissed for failure to prosecute on April 22, 2010 (Doc. 23). Specifically, plaintiff did not respond to discovery requests as ordered by the Court. A copy of the dismissal (Doc. 23) was sent to Pinckneyville Correctional Center, an incorrect address for plaintiff that was not the most recent address on file. In reviewing this matter, it has come to the Court's attention through its own investigation that the most recent address on file for plaintiff—6421 S. Richmond in Chicago, Illinois—is also incorrect, as plaintiff is now incarcerated at Danville Correctional Center. The only document sent to the incorrect address was the order dismissing the case. It is plaintiff's responsibility to update the Court with any address change. It is not the Court's responsibility to investigate the whereabouts of any party, and ordinarily the

Court would not do so.  However, for this one time only, the Clerk is DIRECTED to change plaintiff's address to Danville Correctional Center, 3820 East Main St., Danville, IL 61834.  The Clerk is further DIRECTED to send a copy of this Order and the April 22, 2010 Order dismissing this case (Doc. 23) to plaintiff at Danville Correctional Center, and to close this case.

**IT IS SO ORDERED.**

Signed this 2nd day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.02 11:12:57
-05'00'

**Chief Judge**
**United States District Court**